1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL W. REDDING
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:19-CR-00149-MCE

12 |                        Plaintiff,  | STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |            v.                      | ORDER

14 | MANUEL S. CARDENAS &               | DATE: June 18, 2020
   | GENARO L. MERINO,                  | TIME: 10:00 a.m.
15 |                                    | COURT: Hon. Morrison C. England, Jr.
   |                        Defendants. |
16

17

18                         **STIPULATION**

19     1.     By previous order, this matter was set for status on June 18, 2020.

20     2.     By this stipulation, defendants now move to continue the status conference until August

   13, 2020, and to exclude time between June 18, 2020, and August 13, 2020, under Local Code T4.
21
       3.     The parties agree and stipulate, and request that the Court find the following:
22
           a)     The government has represented that the discovery associated with this case
23
   includes over 900 pages of discovery – including reports and photographs – and more than 80
24
   video or audio recordings.  All of this discovery has been either produced directly to counsel
25
   and/or made available for inspection and copying.
26
           b)     Counsel for defendants desire additional time to consult with their clients, review
27
   the discovery, research the legal ramifications of the factual basis related to the charges, discuss
28
   potential options, discuss plea negotiations, investigate, prepare motions, and otherwise prepare

1    for trial.

2         c)      Counsel for defendants believe that failure to grant the above-requested

3    continuance would deny them the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5         d)      The government does not object to the continuance.

6         e)      Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of June 18, 2020 to August 13, 2020,

11   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

12   because it results from a continuance granted by the Court at defendant's request on the basis of

13   the Court's finding that the ends of justice served by taking such action outweigh the best interest

14   of the public and the defendant in a speedy trial.

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5

6

7 Dated:  June 15, 2020                    McGREGOR W. SCOTT
                                          United States Attorney

8

9                                         /s/ MICHAEL W. REDDING
                                          MICHAEL W. REDDING
10                                         Assistant United States Attorney

11

12 Dated:  June 15, 2020                   /s/ Erin J. Radekin
                                          ERIN J. RADEKIN
13                                         Counsel for Defendant
                                          MANUEL S. CARDENAS
14 Dated:  June 15, 2020                   /s/ Jerome Price
                                          JEROME PRICE
15                                         Counsel for Defendant
                                          GENARO L. MERINO

16

17

18                          **ORDER**

19    IT IS SO ORDERED.

20 Dated:  June 16, 2020

21

22                                         _____
                                          MORRISON C. ENGLAND, JR.
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28