PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GENARO L. MERINO, <br><br> Defendant. | CASE NO. 2:19-CR-00149-MCE <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: March 18, 2021 <br> TIME: 10:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on March 18, 2021.

2. By this stipulation, defendant now move to continue the status conference until April 1, 2021, and to exclude time between March 18, 2021, and **April 1, 2021**, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 900 pages of discovery – including reports and photographs – and more than 80 video or audio recordings.

   b) Counsel for defendant desires additional time to consult with his client, review the discovery, research the legal ramifications of the factual basis related to the charges, discuss potential options, discuss plea negotiations, investigate, prepare motions, and otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2021 to April 1, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and proposed order applies to co-defendant Manuel S. Cardenas.

//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 11, 2021 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ MICHAEL W. REDDING<br>MICHAEL W. REDDING<br>Assistant United States Attorney |
| Dated: March 11, 2021 | /s/ Jerome Price<br>JEROME PRICE<br>Counsel for Defendant<br>GENARO L. MERINO |

**ORDER**

**IT IS SO ORDERED**.

Dated: March 11, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3