HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
GENARO MERINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GENARO MERINO, et al,<br><br>    Defendant. | Case No. 2:19-cr-00149-MCE<br><br>**DEFENDANT'S CONSENT TO APPEAR VIA VIDEO-TELECONFERENCE**<br><br>Date: April 1, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b), Genaro Merino, by and through undersigned counsel, consents to proceed with his Chang of Plea hearing by video-teleconference. Counsel has advised Mr. Merino of his right to appear in person for this hearing, as well as of his ability to waive personal appearance and appear via video-teleconference. Mr. Merino waives his right to personally appear at his Change of Plea hearing on April 1, 2021, and instead consents to appearance by video teleconference.

Pursuant to Gen. Order 616, counsel for Mr. Merino signs this waiver on his behalf.

Dated: April 5, 2021

                                             */s/ Genaro Merino*
                                             GENARO MERINO

I agree and consent to my Client's appearance at his change of plea by video-teleconference.

Dated: April 5, 2021

       /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
GENARO MERINO

    IT IS SO ORDERED.

Dated: April 5, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE