| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN #282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>GENARO L. MERINO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00149-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE SENTENCING AND MODIFY**<br>) **PSR SCHEDULE** |
| GENARO L. MERINO, et al, | ) Date: July 8, 2021 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Michael Redding, Assistant United States Attorney, counsel for Plaintiff; Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Genaro Merino, **that the Sentencing hearing scheduled for July 8, 2021 may be vacated and continued to July 29, 2021 at 10:00 a.m.**

Defense counsel requires additional time to conduct presentencing investigation and prepare for sentencing. The government does not object to this continuance.

The proposed PSR Schedule is as follows:

| | |
|---|---|
| The proposed Presentence Report Due: | June 17, 2021 |
| Informal Objections to Presentence Report Due: | July 1, 2021 |
| Presentence Report Due: | July 8, 2021 |
| Formal Objections to Presentence Report Due: | July 15, 2021 |

Stipulation and Order to Continue Sentencing and Modify PSR Schedule -1- *United States v. Merino*, 2:19-cr-00149-MCE

| | | |
|---|---|---|
| Reply or Statement of Non-Opposition Due: | | July 22, 2021 |
| Judgment and Sentencing: | | July 29, 2021 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 26, 2021

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
GENARO L. MERINO

Date: May 26, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Michael Redding*
MICHAEL REDDING
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: June 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE