

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00149-MCE-1 |
| Plaintiff, | |
| v | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| GENARO L. MERINO, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release GENARO L. MERINO, No. 2:19-cr-00149-MCE-1, from custody for the following reasons:

|       |                                                                 |
|-------|-----------------------------------------------------------------|
| ___   | Release on Personal Recognizance                                |
| ___   | Bail Posted in the Sum of $                                     |
| ___   | Unsecured Appearance Bond                                       |
| ___   | Appearance Bond with 10% Deposit                                |
| ___   | Appearance Bond with Surety                                     |
| ___   | Corporate Surety Bail Bond                                      |
| X     | Other:   Pursuant to the Court's sentence of **TIME SERVED**.   |

Issued at Sacramento, California on July 1, 2021, at 10:40 AM.

DATED: July 1, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE