| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN #282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>GENARO L. MERINO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00149-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO ADVANCE**<br>) **SENTENCING TO JULY 1, 2021** |
| vs. | ) |
| GENARO L. MERINO, et al, | ) Date: July 29, 2021<br>) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Michael Redding, Assistant United States Attorney, counsel for Plaintiff; Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Genaro L. Merino, **that the Sentencing hearing scheduled for July 29, 2021 may be advanced to July 1, 2021 at 10:00 a.m.**

The presentence investigation report was filed on June 25, 2021. ECF 65. Defense counsel has no objections to the Presentence Investigation Report. The parties agree no sentencing memorandum will be filed. The Government and US probation are available to move forward with sentencing on July 1, 2021.

                                          Respectfully submitted,
                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: June 25, 2021                */s/ Jerome Price*
                                          JEROME PRICE
                                          Assistant Federal Defender

| | |
|---|---|
| | Attorneys for Defendant<br>GENARO L. MERINO |
| Date: June 25, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | */s/ Michael Redding*<br>MICHAEL REDDING<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

**Dated: July 2, 2021**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE